IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS ANTONIO JONES, # 203884, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:20-CV-219-WHA |
| ) | (WO) |
| CHARLES TIPTON, *et al.,* ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On April 6, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. # 4. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED; and

2. This case is DISMISSED for lack of jurisdiction, in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider Petitioner's successive habeas application.

A final judgment will be entered separately.

DONE this 17th day of June, 2020.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE